**CLOSED
CIVIL
CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-14138-CIV-GRAHAM/WHITE

EARL BUTLER,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [D.E. #1].

The matter was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 4]. The Magistrate Judge issued a Report recommending that the Petition be dismissed without prejudice [D.E. 7]. Petitioner has failed to timely object to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 7] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus [D.E. 1] is **DISMISSED**. It is further,

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending

motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day

of June, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:   U.S. Magistrate Judge White
      Earl Butler, Pro se
      Counsel of Record